**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
      :

GLOBAL WEATHER PRODUCTIONS LLC,     :   No. 25-cv-06111 (LJL)
            Plaintiff,     :
      :

-against-     :   **RULE 502(d) ORDER**
      :

TEGNA INC. d/b/a/ KVUE d/b/a KIII 3 d/b/a 10   :
Tampa Bay,     :
            Defendant.     :
      :
      :
      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

LEWIS J. LIMAN, United States District Judge:

IT IS HEREBY ORDERED as follows:

1.    The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

    SO ORDERED

Dated: January 14, 2026
     New York, New York       _____
                         LEWIS J. LIMAN
                     United States District Judge