UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>                              Plaintiff,<br><br>     -v-<br><br>TEGNA INC.,<br><br>                              Defendant. | CIVIL ACTION NO. 25 Civ. 6111 (LJL) (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement.   (Dkt. No. 32). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Friday, January 30, 2026 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:      New York, New York
            January 21, 2026

SO ORDERED.

_Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**