# Ballard Spahr
### LLP

----------------------

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200

FAX 212.223.1942

www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

> Defendant's request at Dkt. No. 35 is GRANTED and the telephone conference to schedule a settlement conference is ADJOURNED to **Wednesday, February 4, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 35.
>
> SO ORDERED   1/26/26    SARAH L. CAVE
> United States Magistrate Judge

January 23, 2026

*Via ECF*

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:    *Global Weather Productions LLC v. TEGNA Inc.*, **No. 1:25-cv-06111-LJL-SLC**

Dear Judge Cave:

We represent Defendant TEGNA Inc. in the above-referenced action.  We write pursuant to Rule I(D) of this Court's Individual Practices in Civil Cases to respectfully request an adjournment of the telephone conference scheduled for Friday, January 30, 2026, at 12:00 p.m.  *See* Dkt. 34.  Defense counsel has a conflict with a series of meetings previously scheduled that day, including at the time of the conference, and therefore respectfully proposes that the conference be briefly adjourned to the following week.  The parties have not previously sought an adjournment of this conference.  Plaintiff's counsel has consented to this request.

The parties have conferred and are both available during the following dates and times for a conference during the week of February 2:

- February 2, 2026 between 9:15 a.m. and 1:30 p.m.

- February 3, 2026 between 9:15 a.m. and 3:00 p.m.

- February 4, 2026 between 10:30 a.m. and 1:00 p.m.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Thomas B. Sullivan*

Cc: All counsel of record (via ECF)