# Ballard Spahr
### LLP

————————————————

1675 Broadway, 19th Floor
New York, NY 10019-5820

TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

> Defendant's request at Dkt. No. 40 is GRANTED.  The counsel-only telephonic conference on March 11, 2026 is ADJOURNED to **Monday, March 23, 2026 at 1:00 p.m. ET** on the Court's conference line.  Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of the Court is respectfully direccted to close DKt. No. 40.
>
> SO ORDERED   3/9/26
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

March 9, 2026

*Via ECF*

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:    ***Global Weather Productions LLC v. TEGNA Inc.*, No. 1:25-cv-06111-LJL-SLC**

Dear Judge Cave:

We represent Defendant TEGNA Inc. in the above-referenced action.  We write pursuant to Rule I(D) of this Court's Individual Practices in Civil Cases on behalf of both parties to respectfully request an adjournment of the telephone conference scheduled for Wednesday, March 11, 2026, at 4:30 p.m.  *See* Dkt. 39.  An extension will provide additional time for the parties to consider and discuss between themselves information recently provided by Plaintiff Global Weather Productions LLC in advance of further discussions with the Court.  The parties have not previously sought an adjournment of this conference.

The parties have conferred and are both available during the following dates and times for a conference during the week of March 23:

- March 23, 2026 between 12:00 pm and 5:00 pm

- March 24, 2026 between 9:00 am and 5:00 pm

- March 25, 2026 between 11:00 am and 5:00 pm

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Thomas B. Sullivan*

Cc: All counsel of record (via ECF)