UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL WEATHER PRODUCTIONS LLC,

               Plaintiff,

-v-

TEGNA INC.,

               Defendant.

CIVIL ACTION NO. 25 Civ. 6111 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, March 23, 2026, the parties are ORDERED to file a status letter by **Monday, April 6, 2026**, updating the Court on the status of their settlement discussions.

Dated:     New York, New York
           March 23, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge