# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

> Defendant's request at Dkt. No. 51 is GRANTED and the telephonic counsel-only conference scheduled for April 23, 2026 is ADJOURNED to **Monday, April 27, 2026 at 1:30 p.m. ET** on the Court's conference line. Counsel are directed to call: (855) 244-8681; access code: 2308 226 4654 at the scheduled time.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 51.
>
> SO ORDERED   4/20/26
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

April 20, 2026

*Via ECF*

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:   *Global Weather Productions LLC v. TEGNA Inc.*, No. 1:25-cv-06111-LJL-SLC

Dear Judge Cave:

We represent Defendant TEGNA Inc. in the above-referenced action.  We write pursuant to Rule I(D) of this Court's Individual Practices in Civil Cases to respectfully request an adjournment of the telephone conference scheduled for Thursday, April 23, 2026, at 11:45 a.m.  The reason for the requested adjournment is that the undersigned counsel will be travelling this Thursday at the time of the conference. This conference was originally scheduled for April 20, 2026 and was rescheduled to April 23, 2026 due to a change in the Court's calendar. *See* Dkt. 50.  The parties have not previously sought an adjournment of this conference.  Plaintiff's counsel has consented to this adjournment.

The parties have conferred and are both available during the following dates and times:

- April 24, 2026 - Between 10 am and 12:30 pm

- April 27, 2026 - Between 10 am and 1:30 pm or between 3:30 pm and 5 pm.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Thomas B. Sullivan*

Cc: All counsel of record (via ECF)