UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                 :

GLOBAL WEATHER PRODUCTIONS LLC,      :

                        :

            Plaintiff,        :                  25-cv-06111 (LJL)

        -v-                :

                        :                   ORDER

TEGNA INC.,                   :

                        :

            Defendant.     :

                        :
--------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026
```

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order.  Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

    SO ORDERED.

Dated: April 27, 2026
      New York, New York                _____
                                        LEWIS J. LIMAN
                                United States District Judge